UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LEE HANNA, | ) | Case No. CV 13-3970 ABC (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| SOTO, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 10, 2014

_____
HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE